IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AMANDA HAYTH, *Individually, and on behalf of herself and all other similarly situated current and former employees,* <br><br> Plaintiff, <br><br> v. <br><br> K & W CAFETERIAS, INC., <br><br> Defendant. | Case No. 7:20cv00132 <br><br> **ORDER** <br><br> By:  Hon. Thomas T. Cullen <br>         United States District Judge |

On June 9, 2021, the parties filed a Joint Motion for Settlement Approval of FLSA Release (ECF No. 21). On September 16, 2020, however, this case was stayed under 11 U.S.C. § 362, the "automatic stay" provision of the bankruptcy code. At that time, the court ordered: "The defendant is **DIRECTED** to notify the court within fourteen days of when the bankruptcy stay is lifted or the bankruptcy proceedings have concluded." (ECF No. 19.) To date, the parties have not notified the court that the automatic stay has been lifted or that the bankruptcy proceedings have been concluded. And the parties have not otherwise provided a basis for the court to act contrary to or lift the stay. Accordingly, this case will remain stayed, and the court will not take any action on the joint motion at this time.

The clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 11th day of June, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE