IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| AMANDA HAYTH, *Individually and on behalf of herself and all other similarly situated current and former employees,* | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 7:20cv00132 |
| v. | ) ) | **ORDER** |
| K & W CAFETERIAS, INC., | ) ) ) | By:   Hon. Thomas T. Cullen United States District Judge |
| Defendant. | ) | |

This matter is before the court for final approval of the settlement agreement reached among the parties. On June 9, 2021, the parties filed a Joint Motion for Settlement and Approval of FLSA Release, advising the court that this dispute has settled on mutually agreeable terms. (ECF No. 21.) On August 4, 2021, the court undertook a review of the proceedings to date and the proposed terms of the settlement. *See, e.g.*, *Lynn's Food Stores, Inc. v. United States Dept. of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982).

The court is satisfied that the settlement proposed by the parties is fair and equitable under the circumstances, and that the settlement, including the amount allocated for attorneys' fees and costs, complies with the relevant requirements of the Fair Labor Standards Act. *See, e.g.*, 29 U.S.C. § 216 (2021). Accordingly, the Joint Motion for Settlement and Approval of FLSA Release is hereby **APPROVED**.

In light of Plaintiff's Stipulation of Dismissal (ECF No. 31), the court will not retain jurisdiction over this case to enforce the terms of the settlement agreement. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

The clerk is directed to forward a copy of this Order to all counsel of record and close this case.

**ENTERED** this 4th day of August, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE